Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Mark Berkowitz**
**Partner**
**212-216-1166**
**mberkowitz@tarterkrinsky.com**

**Via ECF**

August 20, 2026

The Honorable Peggy Kuo, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *UCS Trading Inc. v. Deutsch et al.*, No. 1:25-cv-06662-NGG-PK
Joint Status Report re: Discovery

Dear Judge Kuo:

We represent Plaintiff UCS Trading Inc. ("Plaintiff") in the above-referenced matter. We write, jointly, with counsel for Defendants The Moroccan Deal Inc., Zev Deutsch and Yasmina Benmassaoudi (collectively, "Defendants") in accordance with the Court's August 14, 2026 Minute Order directing the Parties to provide a status report regarding discovery and the issues raised in Plaintiff's Motion to Compel (ECF No. 39, "Motion").

In short, all of the issues raised in the Motion remain unresolved. Since the Motion was filed, and the Court denied Defendants' Motions for Reconsideration (ECF Nos. 31 & 33), Defendants have not produced additional documents, supplemented their discovery responses or otherwise participated in general or jurisdictional discovery in this case.

We thank the Court for its assistance in this matter.

Respectfully submitted,

*s/ Mark Berkowitz*

Mark Berkowitz